UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEATHERSTONE ENTERTAINMENT, LLC,<br><br>     Plaintiff,<br><br> v.<br><br>SITUATIONSHIPS THE FILM, LLC, GRAND HUSTLE FILMS, LLC, YANELEY ARTY, AND CLIFFORD JOSEPH HARRIS JR. P/K/A "T.I.",<br><br>     Defendants. | Case No.: 1:25-cv-5124 |

**DECLARATION OF THUY-AN JULIEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

## DECLARATION OF THUY-AN JULIEN

I, Thuy-An Julien, hereby declare pursuant to 28 U.S.C. § 1746 that:

1. I am the chief business officer of Defendant Grand Hustle Films, LLC ("Grand Hustle"). I am also an executive producer of the film that is the subject of Plaintiff Featherstone Entertainment, LLC's Complaint in this Action (the "Film"). The Film is owned by Defendant Situationships the Film, LLC. ("Situationships LLC").

2. In the original script for the Film, the Film's name was "Entanglements." The Film is currently in post-production. Marketing efforts for the Film have not yet commenced. Situationships LLC has not even entered into a distribution agreement for the Film.

3. Grand Hustle filed an application with the USPTO for the mark (SIT'CHU{Ã}SHUN-SHIPS) on April 14, 2025. That application is still pending.

4. Situationships LLC has not made a decision regarding the final name of the Film.

I hereby declare under penalty of perjury that the foregoing statements are true and correct. Executed in Mannheim, Germany on this 23rd day of June, 2025

DocuSigned by:

8857BFBDDB44481...

THUY-AN JULIEN

2