ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEATHERSTONE ENTERTAINMENT, LLC,

                Plaintiff,

   - against -

GRAND HUSTLE FILMS, LLC; YANELEY ARTY; SITUATIONSHIPS THE FILM, LLC; and CLIFFORD JOSEPH HARRIS, JR. p/k/a "T.I.,"

                Defendants.

25 Civ. 5124 (LLS)

ORDER

    For the reasons set forth on the record in open court at a preliminary injunction hearing on June 26, 2025, the temporary restraining order issued on June 20, 2025 (Dkt. No. 15) is extended until July 18, 2025, with the consent of all parties.

    So ordered.

Dated:    New York, New York
            June 26, 2025

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.