

Kevin Fritz
*Partner*
Direct (212) 655-3570
kaf@msf-law.com

<u>Via ECF</u>
Hon. Louis L. Stanton                                    July 8, 2025
Daniel Patrick Moynihan
United States District Court
500 Pearl Street, Room 21C
New York, NY 10007

  **Re:** *Featherstone Enter., LLC v. Grand Hustle Films et al.*, No. 1:25-cv-5124

Dear Judge Stanton:

As counsel for defendants Grand Hustle Films, LLC and Clifford Joseph Harris, Jr., we write in response to the videos and screenshots recently submitted to the Court by plaintiff Featherstone Entertainment, LLC in further support of its motion for a preliminary injunction. We note that none of the newly submitted materials demonstrate any use of the mark SITUATIONSHIPS by any of the defendants within the last several months.

            Respectfully submitted,

            <u>/s/ Kevin Fritz</u>
            MEISTER SEELIG & FEIN PLLC
            Mitchell Schuster
            Kevin Fritz
            125 Park Avenue, 7th Floor
            New York, NY 10017
            Tel: (212) 655-3500
            Email: ms@msf-law.com
               kaf@msf-law.com

            NEWELL LAW GROUP
            Felton Thomas Newell, Jr. (*pro hac vice*)
            1801 Century Park East, 24th Floor
            Los Angeles, CA 90067
            Tel: (310) 776-5392
            Email: felton@newellpc.com

cc: all counsel of record (via ECF)