UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEATHERSTONE ENTERTAINMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SITUATIONSHIPS THE FILM, LLC, GRAND HUSTLE FILMS, LLC, YANELEY ARTY, AND CLIFFORD JOSEPH HARRIS JR. P/K/A "T.I.",<br><br>Defendants. | Case No.: 1:25-cv-05124-LLS |

### DEFENDANTS GRAND HUSTLE FILMS, LLC, YANELEY ARTY AND CLIFFORD JOSEPH HARRIS JR. P/K/A "T.I."'S NOTICE OF MOTION TO TRANSFER VENUE UNDER 28 U.S.C §1404(a).

PLEASE TAKE NOTICE that Defendants Grand Hustle Films, LLC, Yaneley Arty and Clifford Joseph Harris Jr., personally known as "T.I" (collectively, "Defendants"), through their attorneys, Newell Law Group PC, respectfully move this Court pursuant to 28 U.S.C. § 1404(a), before the Honorable Louis L. Stanton, United States District Court for the Southern District of New York, at the United States District Courthouse located at, 500 Pearl Street, New York, New York, 10007, for an Order granting Defendants' Motion to Transfer Venue to the Northern District of Georgia, and for other and further relief as the Court deems just and proper.

In support, Defendants submit Defendants' Memorandum of Law dated September 14, 2025, which is being filed contemporaneously with this notice and the Declarations of Felton T.

Newell, Clifford Joseph Harris Jr., and Yaneley Arty in support of Defendants' Memorandum, which are being filed contemporaneously with this notice.

Dated: New York, New York
September 14, 2025

**MEISTER SEELIG & FEIN PLLC**

/s/ Mitch Schuster
MITCH SCHUSTER
125 Park Avenue, 7th Floor
New York, New York 10017
P: (212) 655-3500
E: ms@msf-law.com

**NEWELL LAW GROUP PC**

/s/ Felton T. Newell
Felton T. Newell,
1801 Century Park East, 24th fl.
Los Angeles, California 90067
P: (310) 556-9663
E: felton@newellpc.com
*(pro hac vice accepted)*