UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEATHERSTONE ENTERTAINMENT, LLC<br><br>Plaintiffs,<br><br>v.<br><br>SITUATIONSHIPS THE FILM, LLC, GRAND HUSTLE FILMS, LLC, YANELEY ARTY, AND CLIFFORD JOSEPH HARRIS JR. P/K/A "T.I."<br><br>Defendants. | Case No.: 1:25-cv-05124-LLS<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Paul Bowles, Esq., of the law firm Fox Rothschild LLP, hereby enters his appearance as counsel for Defendant Situationships The Film, LLC, to represent it in connection with the above-captioned proceeding. Mr. Bowles' contact information is:

> Fox Rothschild LLP
> 101 Park Avenue, 17th Floor
> New York, New York  10178
> Attn:  Paul Bowles, Esq.
> Tel:  (646) 601-7627 / Fax:  (212) 692-0940
> Email:  pbowles@foxrothschild.com

Dated: New York, New York
       September 18, 2025

Respectfully submitted,

**FOX ROTHSCHILD LLP**

_____
Paul N. Bowles, Esq.
101 Park Avenue, Suite 1700
New York, New York 10178
(646) 601-7627
*Counsel for Defendant Situationships The Film, LLC*