

Newell Law Group
1801 Century Park East, 24th Floor, Los Angeles,
CA 90067
p3105569663 | newellpc.com

October 6, 2025

**VIA CM/ECF**

Hon. Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      **Re:** *Featherstone Entertainment, LLC v. Situationships the Film, LLC et al.*
      **(Civil Action No. 1:25-cv-05124-LLS)**

Dear Judge Stanton,

    This firm represents Defendants Grand Hustle Films, LLC, Yaneley Arty, and Clifford Joseph Harris, Jr. ("Defendants") in the above-referenced action. I write pursuant to Rule 2.E of the Court's Individual Practices to respectfully request an oral argument on Defendants' motion to transfer case [Dkt No 49].

                            Respectfully submitted,

                             Felton T. Newell