THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEATHERSTONE ENTERTAINMENT, LLC<br><br>*Plaintiff,*<br><br>-against-<br><br>SITUATIONSHIPS THE FILM LLC, GRAND HUSTLE FILMS, LLC, YANELEY ARTY, AND CLIFFORD JOSEPH HARRIS JR. P/K/A "T.I."<br><br>*Defendants*. | Civil Action No. 1:25-cv-5124 |

## STIPULATION AND [PROPOSED] ORDER TO TRANSFER VENUE

WHEREAS, Defendants, Grand Hustle Film, LLC, Yaneley Arty, and Clifford Joseph Harris Jr. P/K/A/ T.I. ("Defendants"), filed a Motion to Transfer Venue pursuant to 28 U.S.C. § 1404(a) ("Motion") on September 14, 2025;

WHEREAS, Plaintiff Featherstone Entertainment LLC ("Plaintiff") filed an opposition to that motion on September 30, 2025, and Defendants thereafter filed a reply on October 6, 2025;

WHEREAS, the parties have since conferred and agreed that this action should be transferred to the United States District Court for the Northern District of Georgia;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants, as follows:

1. Plaintiff does not wish to oppose Defendants' request to transfer venue in this action from the United States District Court for the Southern District of New York to the United States District Court for the Northern District of Georgia;

2. The parties jointly consent to the transfer of this action from the United States District Court for the Southern District of New York to the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1404(a);

3. Each party shall bear its own fees and costs in connection with the motion to transfer and this stipulation; and

4. The Clerk of the Court is respectfully directed to transfer this action to the United States District Court for the Northern District of Georgia forthwith.

IT IS SO STIPULATED.

| **DESTIME LAW LLC** | **MEISTER SEELIG & FEIN PLLC** |
|---|---|
| */s/Vanessa Destime*<br>Vanessa Destime<br>26 Broadway, Suite 934<br>New York, NY 10004<br>(914) 365-8980<br>vanessa@destimelaw.com | */s/Mitch Schuster*<br>Mitch Schuster<br>125 Park Avenue, 7th Floor<br>New York, NY 10017<br>(212) 655-3500<br>ms@msf-law.com |
| *Attorneys for Plaintiff*<br>*Featherstone Entertainment LLC* | **NEWELL LAW GROUP P.C.**<br><br>*/s/Felton T. Newell*<br>Felton T. Newell<br>1801 Century Park East, 24th Floor<br>Los Angeles, California 90067<br>(310) 556-9663<br>felton@newellpc.com<br>(*pro hac vice* accepted)<br><br>*Attorneys for Defendants*<br>*Grand Hustle Film, LLC, Yaneley Arty, and Clifford Joseph Harris Jr. P/K/A/ T.I.* |

**SO ORDERED.**

Dated: _____      _____
New York, New York                                   HON. LOUIS L. STANTON
                                                     U.S. DISTRICT JUDGE